1  GEORGE J. COTSIRILOS, JR. SBN 83255
   COTSIRILOS & CAMPISANO, LLP
2  414 Jackson Street
   Suite 202
3  San Francisco, California  94111
   Telephone: (415)397-2373
4
   Attorneys for Defendant
5  HIROSHI ISHIKAWA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | No. CR. 06-0051 CW |
|---|---|---|
12 | Plaintiff, | ) ) ) | ORDER GRANTING STIPULATION WITHDRAWING DEFENDANT |
13 | vs. | ) ) | ISHIKAWA'S MOTIONS FOR DESIGNATION OF EVIDENCE AND |
14 | KEVIN THOMPSON, HIROSHI ISHIKAWA, et al., | ) ) ) | MATERIALS AND IMMEDIATE PRODUCTION OF SPECIFIC BRADY MATERIAL |
15 | Defendants. | ) ) | |
16 | | ) | Date: September 11, 2006 Time: 2:00 p.m. |
17 | | | Court: Hon. Claudia Wilken |

18

19      On June 12, 2006, defendant HIROSHI ISHIKAWA filed a motion for designation of

20 evidence and materials and a motion for immediate production of specific Brady materials.

21      The parties hereby stipulate that defendant ISHIKAWA may withdraw his motions

22 without prejudice to further facilitate settlement discussions. The parties are actively seeking to

23 settle the case and litigating these motions will be unnecessary if the parties can agree on a

24 resolution. In order to promote further settlement discussions and preserve defendant's rights, the

25 parties seek to withdraw defendant's motions without prejudice. Thus, the parties agree and

26 stipulate that defendant ISHIKAWA may withdraw his previously filed motions without

27

28

STIPULATION & ORDER WITHDRAWING
DEFENDANT'S PRETRIAL MOTIONS            - 1 -

prejudice and may re-notice and re-file the motions should the parties be unable to reach a negotiated resolution and the case proceed to trial.

Counsel for defendant ISHIKAWA, as the filing attorney, hereby attests that the content of this stipulation is acceptable to all parties required to sign this document.

Respectfully Submitted,

COTSIRILOS & CAMPISANO, LLP

DATED: July 18, 2006            /s/_____
                                GEORGE J. COTSIRILOS, JR.
                                Attorneys for Defendant
                                HIROSHI ISHIKAWA

DATED: July 18, 2006            /s/_____
                                MAUREEN BESSETTE
                                Assistant United States Attorney

### ORDER

PURSUANT TO STIPULATION, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant ISHIKAWA may withdraw his previously filed motion for designation of evidence and materials and motion for immediate production of specific Brady materials, without prejudice, and may re-notice and re-file the motions if and when appropriate. The Clerk is directed to remove these motions from the Court's calendar.

SO ORDERED.

DATED: 7/19/06                  _____
                                HON. CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER WITHDRAWING
DEFENDANT'S PRETRIAL MOTIONS                - 2 -