| | |
|---|---|
| 1 | GEORGE J. COTSIRILOS, JR. SBN 83255 |
|   | COTSIRILOS & CAMPISANO, LLP |
| 2 | 414 Jackson Street |
|   | Suite 202 |
| 3 | San Francisco, California  94111 |
|   | Telephone: (415)397-2373 |
| 4 | |
|   | Attorneys for Defendant |
| 5 | HIROSHI ISHIKAWA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. 06-0051 CW |
|   | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION |
|   | ) | WITHDRAWING DEFENDANT |
| vs. | ) | ISHIKAWA'S MOTIONS FOR |
|   | ) | DESIGNATION OF EVIDENCE AND |
| KEVIN THOMPSON, HIROSHI | ) | MATERIALS AND IMMEDIATE |
| ISHIKAWA, et al., | ) | PRODUCTION OF SPECIFIC BRADY |
|   | ) | MATERIAL |
| Defendants. | ) | |
|   | ) | Date:   September 11, 2006 |
|   |   | Time:   2:00 p.m. |
|   |   | Court:  Hon. Claudia Wilken |

On June 12, 2006, defendant HIROSHI ISHIKAWA filed a motion for designation of evidence and materials and a motion for immediate production of specific Brady materials.

The parties hereby stipulate that defendant ISHIKAWA may withdraw his motions without prejudice to further facilitate settlement discussions. The parties are actively seeking to settle the case and litigating these motions will be unnecessary if the parties can agree on a resolution. In order to promote further settlement discussions and preserve defendant's rights, the parties seek to withdraw defendant's motions without prejudice. Thus, the parties agree and stipulate that defendant ISHIKAWA may withdraw his previously filed motions without

STIPULATION  &  ORDER  WITHDRAWING
DEFENDANT'S PRETRIAL MOTIONS                         - 1 -

1  prejudice and may re-notice and re-file the motions should the parties be unable to reach a
2  negotiated resolution and the case proceed to trial.
3       Counsel for defendant ISHIKAWA, as the filing attorney, hereby attests that the content
4  of this stipulation is acceptable to all parties required to sign this document.

Respectfully Submitted,

COTSIRILOS & CAMPISANO, LLP

DATED: July 18, 2006         /s/
                             GEORGE J. COTSIRILOS, JR.
                             Attorneys for Defendant
                             HIROSHI ISHIKAWA

DATED: July 18, 2006         /s/
                             MAUREEN BESSETTE
                             Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant ISHIKAWA may withdraw his previously filed motion for designation of evidence and materials and motion for immediate production of specific Brady materials, without prejudice, and may re-notice and re-file the motions if and when appropriate. The Clerk is directed to remove these motions from the Court's calendar.

SO ORDERED.

DATED: 7/19/06                _____
                              HON. CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER WITHDRAWING
DEFENDANT'S PRETRIAL MOTIONS           - 2 -