IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KEVIN THOMPSON, HIROSHI ISHIKAWA, et al.,<br><br>  Defendant. | No. CR. 06-0051 CW (WDB)<br><br>ORDER MODIFYING DEFENDANT HIROSHI ISHIKAWA'S CONDITIONS OF PRETRIAL RELEASE |

    Good cause appearing, and the parties having agreed thereto, defendant Hiroshi Ishikawa's conditions of pretrial release are hereby modified to allow for his travel within the Eastern District of California. All other conditions of release heretofore ordered shall remain in effect.

Dated: October 2, 2006

*IT IS SO ORDERED*
*/s/ Wayne D. Brazil*
Judge Wayne D. Brazil

HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

Order Modifying Conditions of Release     - 1 -